*Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Carlton Fox* for respondent.

No. 1209. WESTPHAL ET AL. *v.* KANSAS CITY LIFE INSURANCE Co.; and

No. 1210. WESTPHAL *v.* KANSAS CITY LIFE INSURANCE Co. June 8, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Arnold C. Otto* for petitioners. *Mr. Bernard V. Brady* for respondent.

No. 1225. MOSKOWITZ *v.* UNITED STATES. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis, Bertram S. Nayfack, Russell S. Coutant,* and *A. H. Frisch* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Ellis N. Slack* for the United States.

No. 1205. GUANTANAMO SUGAR Co. *v.* UNITED STATES. June 8, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. David A. Buckley, Jr.* and *Harvey L. Rabbitt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel E. Blackham,* and *Robert L. Stern* for the United States.

No. 1237. CONCORD COMPANY *v.* WILLCUTS ET AL., EX-ECUTORS. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harry C. Carson* for ·petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Se-*